## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| ANTONIOS N. DIMOULAS, on behalf of minor children T.D. and A.D., | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 1:17-cv-048-NT |
| | ) | |
| CHRIS ALMY, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 7, 2017, the United States Magistrate Judge filed with the court, with a copy to the Plaintiff, his Recommended Decision. (ECF No. 14). The Plaintiff filed an objection to the Recommended Decision on April 12, 2017. (ECF No. 15). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint be **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 17th day of May, 2017.